1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      JAMES CARL KELLY,                           Case No.  2:25-cv-3151-JDP (P)

12                     Petitioner,                  ORDER

13             v.

14      GAVIN NEWSOM, *et al.*,

15                     Respondents.

16

17

18

19

20

21          Petitioner, a state prisoner, brings this section 2254 habeas action and seeks leave to

22  proceed *in forma pauperis*.  ECF Nos. 1 & 5.  The claims raised in the petition, however, can only

23  be construed as raising claims under section 1983 insofar as they do not attack the validity of

24  petitioner's conviction.  Additionally, petitioner is a "three-striker" within the meaning of section

25  1915(g)[1] and, thus, is ineligible to proceed *in forma pauperis* in a section 1983 action, unless his

26  _____

27      [1] Plaintiff has at least three cases dismissed for failure to state a claim: (1) *Kelly v. Youngblood*, No. 2:04-cv-02462-WBS-DAD (E.D. Cal. Dec. 29, 2004) (dismissed for failure to exhaust administrative remedies clear from the face of complaint); (2) *Kelly v. Gyorkey*, No. 2:11-

28  cv-02142-WBS-EFB (E.D. Cal. Aug. 6, 2012) (dismissed for failure to state a claim); (3) *Kelly v.*

1

1   claims make a showing of imminent danger.  I will dismiss the petition and allow petitioner to file

2   a section 1983 claim alongside the filing fee for such an action.

3          As stated *supra*, the petition does not attack the validity of petitioner's conviction.

4   Instead, petitioner alleges that his medical care has been inadequate.  ECF No. 1 at 4-8.  Such

5   claims must be raised in a section 1983 action; not a habeas petition.

6          Accordingly, it is ORDERED that:

7          1.  The petition, ECF No. 1, is DISMISSED with leave to amend as a section 1983 action.

8          2.  Within thirty days from service of this order, plaintiff shall file either (1) a section

9   1983 complaint with the full filing fee or (2) notice of voluntary dismissal of this action without

10  prejudice.

11         3.  Failure to timely file either a complaint or notice of voluntary dismissal may result in

12  the imposition of sanctions, including a recommendation that this action be dismissed with

13  prejudice pursuant to Federal Rule of Civil Procedure 41(b).

14         4.  The Clerk of Court shall send plaintiff a section 1983 complaint form with this order.

15         5.  Plaintiff's application to proceed *in forma pauperis*, ECF No. 5, is DENIED.  If

16  plaintiff believes he is entitled to proceed *in forma pauperis* despite his three-striker status, he

17  may renew his *in forma pauperis* application.

18

    IT IS SO ORDERED.

19

20

    Dated:    December 22, 2025

21                                          JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27  *Elit*, No. 1:18-cv-00019-DAD-SAB (E.D. Cal. June 25, 2018) (dismissed for failure to state a
    claim); (4) *Kelly v. Islam*, No. 1:18-cv-00018-DAD-JDP (E.D. Cal. Dec. 4, 2018) (dismissed for
28  failure to prosecute, following a screening order dismissing complaint for failure to state a claim).

                                            2