UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CARL KELLY,

        Petitioner,

    v.

GAVIN NEWSOM, *et al.*,

        Respondents.

Case No.  2:25-cv-3151-JDP (P)

ORDER

Petitioner, a state prisoner, brought this action under section 2254.  ECF No. 1.  I screened the initial petition and found that it failed to state a cognizable federal habeas claim and, instead, sought to raise claims that could only proceed in a section 1983 action.  ECF No. 6.  Petitioner is also, however, a "three-striker" within the meaning of 1915(g).  *Id.* at 1-2.  Accordingly, I dismissed the petition with leave to amend and also directed petitioner to either pay the filing fee or, if he believed he was still entitled to proceed *in forma pauperis*, renew his application.  *Id.* The former petitioner, now plaintiff, has filed a prisoner civil rights complaint, thereby indicating that he no longer seeks any form of habeas relief.[1]  ECF No. 7.  He has failed, however, to either pay the filing fee or submit an application to proceed *in forma pauperis*.

---

[1] Plaintiff's claims relate to the adequacy of his medical care.  ECF No. 7 at 3.  I decline to screen the complaint until the filing fee is settled, however.

1

Accordingly, it is ORDERED that:

1.   The Clerk of Court shall reclassify this action as one for prisoner civil rights, proceeding under section 1983.

2.   Having already found that plaintiff is a "three-striker" for the reasons stated in my last order, ECF No. 6 at 1-2, I now direct plaintiff to submit the filing fee of four-hundred and five dollars within twenty-one days of this order's entry.  Alternatively, and within that same deadline, plaintiff may renew his application to proceed *in forma pauperis*, but he must explain why he is not a "three-striker" or, why his claims should proceed in spite of that status.  If he fails to do either, I will recommend that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.


Dated:     March 10, 2026                                    _____
                                                             JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE

2